

# In the Missouri Court of Appeals
# Eastern District

MARCH 8, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.	ED102534	ROBERT B. HUNT, APP V STATE OF MISSOURI, RES

2.	ED102946 BANK OF BLOOMSDALE, RES V RT HOLDINGS, ET AL RES